# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES EDWARD COOPER, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81661

FILED

SEP 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF MANDAMUS*

This original pro se petition for a writ of mandamus seeks a writ directing the district court to dismiss the criminal charges against petitioner based on the State's alleged 17 day delay in arraigning petitioner.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

20-32824

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____ Pickering _____, C.J.
Pickering

_____, J.            _____, J.
Hardesty                                                Silver

cc:    Charles Edward Cooper, Jr.
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition constitutes an additional basis upon which to deny relief. NRAP 21(a)(1).